UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERGEY GAPONYUK,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**EVGENY ALFEROV, SERGEI KOLOSOVSKII, MIHAIL VERSHININ, ALEXANDER CHERNOV, DAVID BROWN, NATALIA ABRAMOVA**<br><br>        **Defendants.** | **CASE NO.:** 23-at-00566<br><br>**PLAINTIFF'S NOTICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY WITHOUT NOTICE AGAINST DEFENDANTS** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**:

1. That as soon as the matter may be heard, movant SERGEY GAPONYUK, an individual ("Plaintiff"), by and through his undersigned attorneys, will and hereby does move this Court pursuant to Federal Rules of Civil Procedure 7 and 65(b) and Local Civil Rules 130, 230, and 231, for entry of a Temporary Restraining Order ("TRO") against Defendants EVGENY ALFEROV, SERGEI KOLOSOVSKII, MIHAIL VERSHININ, ALEXANDER CHERNOV, DAVID BROWN, and NATALIA ABRAMOVA, freezing their assets, including the Destination Addresses (defined in the Motion) maintained by them, for them, or by any entity under their control.

2. That as soon as the matter may be heard, movant SERGEY GAPONYUK, an individual ("Plaintiff"), by and through his undersigned attorneys, will and hereby does move this Court pursuant to Federal Rules of Civil Procedure 7, 30(a)(2)(A)(iii), 33(a), 33(b)(2), 34(b), and 45 and Local Civil Rules 130 and 230 for entry of an Order permitting

1

Plaintiff to engage in expedited discovery from any relevant third parties to enable Plaintiff to secure documents and information pertaining to Defendants EVGENY ALFEROV, SERGEI KOLOSOVSKII, MIHAIL VERSHININ, ALEXANDER CHERNOV, DAVID BROWN, and NATALIA ABRAMOVA.

These Motions are made and based on this Notice, the accompanying Memorandum of Points and Authorities, the proposed Order, and such other documents, matters, evidence, and argument as may be presented at or prior to a hearing on the Motion.

Date: July 5, 2023

**KUGELMAN LAW, PC**

By: _____
Alex Johnson
ajohnson@kugelmanlaw.com
21 Tamal Vista Blvd
Suite 202
Corte Madera, CA 94925
*Attorneys for Plaintiff*

**BUZKO KRASNOV**
Evgeny Krasnov
evgeny.krasnov@buzko.legal
Filipp Petkevitch
filipp.petkevitch@buzko.legal
228 Park Ave S
PMB 85451
New York, NY 10003
*Attorneys for Plaintiff*