UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sergey Gaponyuk,<br><br>                Plaintiff,<br><br>   v.<br><br>Evgeny Alferov, et al.,<br><br>               Defendants. | No. 2:23-cv-01317-KJM-JDP<br><br>ORDER |

        Plaintiff Sergey Gaponyuk once again requests further leave from this court to extend the deadline set for early discovery. *See* Mot., ECF No. 22. A plaintiff may request permission to begin discovery before the parties have conferred as required by Federal Rule of Civil Procedure 26. *See Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002). A court may grant early discovery to ascertain the identity of a Doe defendant under this rule. *Jacobo v. Doe*, No. 22-00672, 2022 WL 2079766, at *2 (E.D. Cal. June 9, 2022). This court has previously granted plaintiff's request to permit additional early discovery. *See* Prior Order at 2–3 (Sept. 17, 2023), ECF No. 17.

        Having carefully reviewed plaintiff's motion, *see generally* Mot., the court finds good cause to grant another extension. Plaintiff shall have an **additional ninety (90) days** as of the filing date of this order to conduct early discovery. The court is unlikely to grant any future motion to extend the discovery deadline absent extraordinary circumstances. Plaintiff shall file a

1  further status report on the discovery completed and plaintiff's efforts to locate and serve process
2  on defendants at the conclusion of the discovery period set by this order.
3      Accordingly, the status conference set for November 16, 2023, is hereby **VACATED** and
4  will be reset, if necessary.
5      This order resolves ECF No. 22.
6      IT IS SO ORDERED.
7  DATED: November 6, 2023.
8
                                     _____
                                     CHIEF UNITED STATES DISTRICT JUDGE