**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SERGEY GAPONYUK,** | **CASE NO. 2:23-CV-01317-KJM-JDP** |
| Plaintiff, | |
| v. | **DISCOVERY MATTER** |
| **EVGENY ALFEROV, SERGEI KOLOSOVSKII, MIHAIL VERSHININ, ALEXANDER CHERNOV, DAVID BROWN, NATALIA ABRAMOVA,** | **ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY** |
| Defendants. | |

The court grants plaintiff SERGEY GAPONYUK's motion for additional discovery from Binance. The court therefore orders as follows.

## ADDITIONAL DISCOVERY

1. Plaintiff's motion for additional discovery, ECF No. 19, is granted to the extent that it seeks additional discovery from Binance.

2. Plaintiff may immediately serve a Rule 45 subpoena on Binance seeking the following information about either the owners of the Additional Addresses and/or the Associated Addresses:

   - The physical addresses, exact IP addresses, P2P withdrawals list, payment methods and withdrawal addresses of the Additional Addresses, as well as any addresses that have transacted with the Additional Addresses.

3. Plaintiff may request the Court's authorization to conduct additional discovery based on a showing of good cause.

1

## Table 1

| Additional Addresses | Connection to Exchange |
|---|---|
| **Ethereum** | |
| 0xa27ce3d7b409dfbbc38279be3f5396ffcbd34d77 | Binance |
| 0x700217aab4b67647b486eab2303306f497333c2c | Binance |
| 0x21c1a1b9b5c4e01cee13c0a0b4a4a620ce64073b | Binance |
| **Tron** | |
| TBDcBMqkh8i3ZyCi7iXG4jVXtsKMMBPZ7X | Binance |

## Table 2

| Non-Exclusive List of Associated Addresses |
|---|
| **Ethereum** |
| 0x251d941c19d2a6143dc91f7b66e0af1d3f9903b545b92959e715d8d2e255dd9e |
| 0xe1110ca44756fcd7dc944b955c6810fcfe94c3951440387d40c3f7865fc9311d |
| 0x8189f0599a6abc5fa4c4e87e7d90be5a0bf3547d9a492d9546bd0e6bd5d9ca1c |
| 0x0762e5efd856dde915cfd669452551cd699a9108db123aee764d4ae3be879d4f |
| 0xa4574b8bbe60ff04472c542e14ffe04623ebddc780b733f32da35ff771cd3cee |
| 0x50c9a7cf7cf0a35150770b8f30e34319c9d7f7598efc366d372c23e9f452f484 |
| 0x1514ec2e72e3f4f84b06bfd7ecd555a394900fa4f5f74566ed8cf8b8223cd089 |
| 0x299218876e592033c6651007a449580eb495f94e96376a169cc8c24e558b5802 |
| 0x3974d0c666c28c39fa61841f7fd73729a0625dc4a67a594c331ae97e8fc1009e |
| 0x7a40498c7c094e0529d2cc82a10d816c8a7ecc7ae8a983a63950db149c9ee411 |
| 0x3180d3368a0e17ed6d996f963fd794748252376ba8815cc33bd0f1d990379c95 |
| 0xb02b25335f20eeb6aa44c1d861e323614745820559c4595c2e0857d08b691bf1 |
| 0xf03925dc47e1c11a063cca45042ee4a87a51ea63c747fb7186e2e57ab872218d |
| 0xf03925dc47e1c11a063cca45042ee4a87a51ea63c747fb7186e2e57ab872218d |
| 0x497f529ced145fc9f798dc345f43eb10042f482eb3e0cba70d77166f79ac2b0a |
| 0xdcc6a61ff124e0d3203c5f058c661e4dcdadddfef42ba411a6f7ee9acb79d4a6 |
| 0xe609618f3e5dcde4d25838a339c5297aaa5d5ae271f05cf4496f2de04d4fce7e |
| 0xae7e58a6e72dcd68ed87fd9efbce6c7b9b4063f5e49d05dcc1912b19945c0d32 |
| 0xcecf1a4445de0287a6111f086531984a6b3421f55289a8746b24984594b1f4df |
| 0xc5e360c53538663a16ecc5b98af468c21a9bdff45bcfd9f7235fadbff55a3838 |
| 0x9bad65025f5f0a678c991584bba00d54873ac07c2c5ea2b85a3cff56e1ed7597 |
| 0x96a72560b9d8cdf5c593444d5e624bdfeddce54e96d24f0804e25a8e40db18d9 |
| 0x335b47dcfddf2521b259aa72de040b7bd5e31c34924b835cb1ca6f21acc9a847 |
| 0x5fc6f5b5c06b2dc624f91ea8cadba2cc140e5bdb0f73646cea0f6cc0b2b6cd3a |
| 0xdd1f08bc21066e43e42793c88d3fdd7feb6d5d80ed9ab7246398bd1f020a89a2 |
| 0xb9a8ea7b57a1a9521fa91c64688bc7e2289a5999bc428fed39e2102b8756b5d5 |
| 0x3a566d05589bf9b894f0ef240669837f6405e0a250d84ff5ed8a9f84e6afd4bb |

0xd4b3902b33e01b5f09d94eb5782a2eb66f0ea430126079e8074dc95e3f772015
0x838ea3a1332fef3df766a5894e0586219703c7275eb5b5fdb6bbef62a42d8b10
0xc6680fd3a91ebb33432b623258dad73a7300dd49b0f0453e722f7b36f4d97f19
0xf556f45e7f03e2831d19a8c4929b1d8847efc882f95a48d3b92094d09e308e73
0xb9980e9faba5256f1630b851e3ff0e8ac86b04c0c70a1dbb55b12019df0ea719
0x7bc103b53b678afba3f498803c77df29114f8ff688f804295022a460f933d855
0xb4930052fb42d155bd8e75682aaaebf9358984155df75eb13bcb7d7159bd04c9
0xfddb5c81c857f1d7a42151a7d4c612bfc49e792245ab1fcd9ee5364095f0b4c3
0x13e53c1cd1f6f7a84dc3c9f8b6a57a4e7af6d4042b99d4c4cb19126fc65f42b8
0x0c85a7b170d87af2e8c51c5019ba6a2f832da0e5c1890a9f0fd34f879825f574
0x59b673f1a7c865039a910b41002bfff08157f87807818110fbec86cdfdd3357f
0x76a80cd56ff46dac5af48f1c024aed9f1d2925968e9b776ee4caa2a2a18be2cf
0xda4622ad1907b94dd142dba84eb9620e34a95a9adaeab9387cecfcaa31358d76
0x3830763339ffa9b6f02c656762425efe74eaa5f09193cc2f0a56a7d5e81e40db
0x7d5123ac8916b480e65f4b32389d1d2346b3b2a09db079ef232fa5b59f9d52ca
0xc4d167034b64f47c5f589f078f2b0f240d5bd0d81309bb37fcfc4df085419bca
0xa074b31246956435568391a8856e73f3e4ea82e10efde9f38c30c2058c28db45
0x38c8e26c7419671197a22da35e892133b11b92446119f9227da661cecc237f1c
0x68ea1e81baba68bf3348b6e7dcb83ceddb97200d7708fc97992b94cff8334315
0x8c75e92073b9d570f164ffaa012784e8924a9395189b4ceae5fe930b1d5973b3
0xb4c2b956985e5c5189d2fa5847c794f2dcec4ca259554543ffabd2b8144c31e6
0x651ced6a0628c58f0c9e80939e6e8401ad588c2201e1d17c1b06acc96b6bc4ba
0xaddc3fa9b047cb6f50a6d214fd3d8650583626dce0372a58d3c53c0a4be53c31

| Tron |
|---|
| TV6MuMXfmLbBqPZvBHdwFsDnQeVfnmiuSi |
| TPdKP4ST51xv7K9sKsXU4ZYAzdBF4b5jvz |
| TNaRAoLUyYEV2uF7GUrzSjRQTU8v5ZJ5VR |
| TPdKP4ST51xv7K9sKsXU4ZYAzdBF4b5jvz |
| TZ6yH2rFSvaMZ1WBbzoZM2UZsmjzoAD8T7 |
| TQ5Qtf3vFFR44pmR3GvK3UMvAZCMerNfxQ |
| TMBadUa5sXjczfgMc1Rio3YJPPabQ2Ka1U |
| TXnyDnvVLRwHrq777zYFZ3o7r9y2akbAhH |
| TDNrRt89xZgDvXrnRA8ZH9AbVQoARWAiHD |
| TANANoJQ4F68yrmGbLkQ8pEhZLEiWNR7DK |
| TDJa5QNDZ9veVEkKcS6JrZ17py4jW6GjCa |
| TJDENsfBJs4RFETt1X1W8wMDc8M5XnJhCe |
| TFGEN3Mch71CxGReF58V6ooYF3h6mmDfEN |
| TEyW1HSNd4FfZSgYAG6XWYETcrDGqwmuQ2 |
| TQrY8tryqsYVCYS3MFbtffiPp2ccyn4STm |
| TNXoiAJ3dct8Fjg4M9fkLFh9S2v9TXc32G |
| TAzsQ9Gx8eqFNFSKbeXrbi45CuVPHzA8wr |
| TYASr5UV6HEcXatwdFQfmLVUqQQQMUxHLS |
| TNzdWeErZutbifp73h78GprthWMgicsVck |
| TUnoWk91M2DPybxXA8qAct3WZBFEyheTfy |

3

```
THxjuYwEWFNczTvESP9eGQYNGpeW5ov65h
THSvKnfbP2Hsr8iM7odxQ5TNTPBHa772SP
TXycKMT65fWwwyEjehzZPHTwSqPWM44KF5
TRqtFq69UUqnxDr749aVMx9xKb8shMYUs3
TP4zQW4U1LrmX335p8pboVs1PNDLJgRPxM
TBqzyja7b9fhvG9DmK9hQaevnwdYCeuquQ
TQrY8tryqsYVCYS3MFbtffiPp2ccyn4STm
```

4. Due to the exigent nature of the circumstances of this case, Binance shall make its document production within 14 days of the date of its receipt of the subpoena.

5. The court finds that any privacy interests Defendants have concerning the discovery of the limited information authorized in this order are outweighed by the need to adjudicate the claims alleged in the Complaint in this lawsuit. Those privacy concerns shall not be a just cause for the subpoenaed non-party to withhold such requested documents and information.

6. Any subpoenas served under this order shall include a copy of this order.

IT IS SO ORDERED.

Dated:   December 15, 2023   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE