Alex Kugelman
KUGELMAN LAW
21 Tamal Vista Blvd #202
Corte Madera, CA 94925
Telephone: (415) 968-1780
alex@kugelmanlaw.com

Evgeny Krasnov (pro hac vice)
BUZKO KRASNOV
228 Park Avenue South
PMB 85451
New York, New York 10003
Telephone: (718) 557-9582
evgeny.krasnov@buzko.legal

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY GAPONYUK,<br><br>     Plaintiff,<br><br>     v.<br><br>EVGENY ALFEROV, ET AL.,<br><br>     Defendants. | Civil Action No. 2:23-cv-01317-KJM-JDP<br><br>**ORDER**<br><br>Judge:     Kimberly J. Mueller<br>Place:     Courtroom 3, 15th Floor<br><br>Complaint Filed:    July 5, 2023 |

**ORDER**

**ORDER**

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED

DATED: February 6, 2025.

_____
UNITED STATES DISTRICT JUDGE